# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HUFFMAN, et al.,<br><br>                             Plaintiff,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC, et al,<br><br>                             Defendants. | Case No.: 20-cv-2514-H-DEB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PROCEEDINGS**<br><br>[Doc. No. 34.] |

On September 29, 2021, Plaintiffs Matthew Huffman; April Huffman; A.H, a minor, by and through his guardian ad litem, Donna Sue Combs; L.H., a minor, by and through his guardian ad litem, Donna Sue Combs; and M.H., a minor, by and through his guardian ad litem, Donna Sue Combs ("Plaintiffs") and Defendants San Diego Family Housing, LLC and Lincoln Military Property Management LP ("Defendants") filed a joint motion to continue the proceedings for ninety (90) days to pursue a global settlement of this case and four similar cases pending in this district. (Doc. No. 29.) On October 6, 2021, the Court granted the parties' joint motion. (Doc. No. 30.) On December 14, 2021, the parties filed a second joint motion to continue the proceedings until March 1, 2022. (Doc. No. 34.) The parties represent they need the additional time to continue settlement negotiations, and to document and finalize the settlement if a settlement is reached. (Id. at 3.)

After considering the relevant factors, the Court, exercising its sound discretion, grants the parties' motion to continue the proceedings. See <u>Keating v. Office of Thrift Supervision</u>, 45 F.3d 322, 324–25 (9th Cir. 1995). The Court continues all dates and deadlines until March 1, 2022. The parties are ordered to file a joint status report with the Court no later than February 25, 2022 to inform the Court of the status of the settlement.

**IT IS SO ORDERED.**

DATED: December 15, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT