UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HUFFMAN, APRIL HUFFMAN, DONNA SUE COMBS as guardian ad litem for A.H., L.H., and M.H.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC, a California Limited Liability Company; LINCOLN MILITARY PROPERTY MANAGEMENT LP, a Delaware Limited Partnership; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-2514-H-AGS<br><br>**ORDER:**<br><br>**(1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>**(2) GRANTING EX PARTE MOTION TO CONFIRM MINOR'S COMPROMISE**<br><br>[Doc. Nos. 45, 47.] |

On September 2, 2022, Donna Sue Combs, guardian ad litem for minor Plaintiffs A.H., L.H., and M.H. ("Minor Plaintiffs"), filed an ex parte motion for approval of the proposed settlement of the minors' claims against Defendants San Diego Family Housing, LLC and Lincoln Military Property Management, LP. (Doc. No. 45.) On October 3, 2022, the magistrate judge filed a Report and Recommendation ("R&R") approving the settlement. (Doc. No. 47.) The magistrate judge's order instructed that objections to the R&R must be filed by October 17, 2022. (Doc. No. 47.) Neither party filed any objections.

After reviewing the magistrate judge's R&R, as well as the terms of the proposed settlement agreement, the Court finds that A.H., L.H., and M.H.'s interests have been adequately safeguarded in this action. The proposed settlement is "fair and reasonable, in light of the facts of the case, the minor's specific claim, and recovery in similar cases." Robidoux v. Rosengren, 638 F.3d 1177, 1182 (9th Cir. 2011). Accordingly, the Court adopts the Report and Recommendation, approves the parties' settlement, and orders that the minors' net recovery be placed in a blocked account until further Court order, or until the minors reach the age of 18.

DATED: January 11, 2023

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT